IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JELICIA LINWOOD, individually and on behalf of all others similarly situated,** § § § § § | | |
| **Plaintiff,** § § | | |
| v. § | Civil Action No.  4:21-cv-00789-P | |
| § | | |
| **BOBSHAN ENTERTAINMENT, INC. d/b/a ELEGANCE CABARET et al.,** § § § § § | | |
| **Defendants.** § | | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58.  In accordance with the Order dismissing the case (ECF No. 6):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **12th day** of **July, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE